BANO SAVAGE
JAMES MORRISSEY
MAYLAND CLARK
MILFORD GREEN
(AS SEVERAL PLAINTIFFS)

*vs.*

WILLIAM D. GRANT AND PULP-WOOD

CONTINENTAL PAPER AND BAG MILLS CORPORATION, CLAIMANT.

Franklin County. Decided August 9, 1928. These four cases are ruled by the decision in the case of *Linwood Bisbee* v. *William D. Grant* and pulp-wood and claimant announced this day.

On the authority of the Bisbee Case, and the stipulation by counsel in each of the above cases, in each of said above cases the mandate will be, Exceptions sustained. Judgment for claimant. *Currier C. Holman,* for plaintiffs. *Ralph T. Parker,* for Continental Paper and Bag Mills Corporation.